**Gustav C. HERTZ, Appellant, v. William A. MILLS, Ada W. Mills, and William K. Copenhaver, Appellees.**
**No. 3993.**

Circuit Court of Appeals, Fourth Circuit.
April 7, 1936.

For opinion below, see 10 F.Supp. 979.

McNeill & McNeill, of Washington, D. C., for appellant.

George P. Hoover, of Washington, D. C., and Raymond S. Williams, of Baltimore, Md., for appellees.

PER CURIAM.

Decree of District Court affirmed, with costs.